IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LIBERTY MUTUAL FIRE INSURANCE COMPANY                PLAINTIFF

v.                          No. 4:15-cv-782-DPM

RUTH SOULSBY; KEVIN THOMAS GARRETT; and
MICHAEL E. SOULSBY, JR, Executor of the Estate of
Michael E. Soulsby, Sr., Deceased and on behalf of the
Wrongful Death Beneficiaries of Michael E. Soulsby, Sr.   DEFENDANTS

ORDER

Kevin Garrett and his step-father Michael Soulsby Sr. got into a fight at their home in Maumelle. Garrett hit his step-father with brass knuckles; and Soulsby Sr. died from his injuries about a month later. Ruth Soulsby, Garrett's mother, also lived in the home. Michael Soulsby Jr. — Garrett's step-brother and Soulsby Sr.'s son — has filed a wrongful death suit in Pulaski County, Arkansas Circuit Court on behalf of his father's estate and statutory beneficiaries. Liberty Mutual had the homeowner's coverage on the Soulsbys' home. The company seeks a declaration here that it need not defend or indemnify anyone in the pending state case. No one has responded to Liberty Mutual's motion for summary judgment, perhaps because these controlling facts are undisputed. Even taking the record in the light most favorable to the family members, *Anda v. Wickes Furniture*

*Company*, 517 F.3d 526, 531 (8th Cir.2008), the insurance company is entitled to judgment as a matter of law.

Liberty Mutual's policy defines relatives who live in the home as insureds. № 12-1 *at 9*. And it doesn't cover bodily injury to any insured. № 12-1 *at 21*. That's what happened when Garrett injured his step-father with brass knuckles. There's no coverage. Motion for summary judgment, № 10, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2016