IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**                    PLAINTIFF

v.                              No. 4:15-cv-782-DPM

**RUTH SOULSBY; KEVIN THOMAS GARRETT; and
MICHAEL E. SOULSBY, JR, Executor of the Estate of
Michael E. Soulsby, Sr., Deceased and on behalf of the
Wrongful Death Beneficiaries of Michael E. Soulsby, Sr.**   DEFENDANTS

## JUDGMENT

Liberty Mutual Fire Insurance Company is entitled to judgment that there is no coverage for any liability that Ruth Soulsby or Kevin Thomas Garrett may have based the allegations in the amended complaint filed in Pulaski County Circuit Court case No. 60CV-15-3895 by Michael Soulsby Jr., as executor of the Estate of Michael E. Soulsby Sr. deceased and on behalf of the wrongful death beneficiaries of Michael E. Soulsby Sr. Liberty Mutual is also entitled to judgment that it has no duty to defend Ruth Soulsby or Kevin Thomas Garrett against the allegations in the amended complaint in that case. And Liberty mutual is entitled to its reasonable costs as allowed by Rule 54(d).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2016